**MINUTE ENTRY**
**KNOWLES, M.J.**
**JANUARY 25, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NICOLE CARRYL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1055** |
| **CITY OF NEW ORLEANS, et al** | **SECTION "A" (3)** |

      Following further discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

                                                 */s/ Daniel E. Knowles, III*
                                        **DANIEL E. KNOWLES, III**
                                        **UNITED STATES MAGISTRATE JUDGE**

MJSTAR(1:30)