UNITED STATES DISTRICT COURT
EASTERN DISTRCT OF LOUISIANA

| | |
|---|---|
| **NICOLE CARRYL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1055** |
| **CITY OF NEW ORLEANS, ET. AL.** | **SECTION A  MAG. 3** |

## NOTICE OF AGREEMENT BETWEEN PARTIES TO EXCHANGE RECEIPT & RELEASE AND SETTLEMENT PAYMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff Nicole Carryl, who respectfully submits that she and defendant City of New Orleans have, through their respective counsel, agreed to bring this matter to a close on Wednesday, May 11, 2011.  This agreement renders moot the *Rule to Show Cause* currently set for Wednesday, May 11, 2011, at 2:00PM, before Honorable Judge Jay C. Zainey.

On April 22, 2011, plaintiff filed a *Motion for Summary Judgment* as a result of defendant City failing to make payment in accordance with the terms of the settlement agreement set forth in this Court's dismissal order of January 25, 2011 (Rec. Doc. 34).

On April 26, 2011, the Court noticed an *Order to Show Cause Hearing* at 2:00PM, May 11, 2011, before Honorable Jay C. Zainey.

On Friday, April 29, 2011 defense counsel contacted undersigned counsel by phone; they discussed the matter, and undersigned counsel agreed that if closure was brought to the matter before the May 11 *Show Cause Hearing*, plaintiff's motion would be rendered moot.

1

On May 4, 2011, defense counsel e-mailed the attached Receipt & Release form to undersigned counsel (Exhibit 1); plaintiff and undersigned counsel signed the form in proper form on May 7, 2011.

On May 9, 2011, defense counsel e-mailed undersigned counsel notifying her that exchange of the receipt & release form for the $15000 settlement payment would take place Wednesday, May 11, 2011.

Defense counsel and undersigned counsel have been able to provide for bringing this matter to a close without further involving this Honorable Court.

WHEREFORE, plaintiff submits that the *Order to Show Cause* filed in the above matter is moot.

Respecfully Submitted:

/s/ Nghana Lewis Gauff
_____
Nghana Lewis Gauff #31407
670 W 2nd Street LaPlace, LA 70068
(504) 782-6564; (985) 651-2951, Fax
nlglawfirm@bellsouth.net

### Certificate of Service

I certify that this document has been delivered to opposing counsel this 9th day of May, 2011 by electronic mail.

/s/ Nghana Lewis Gauff #31407
_____
Nghana Lewis Gauff

2